STATE OF NEW JERSEY v. RICHARD BROWN.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DANNY E. WILSON.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT WILLIAM.

January 12, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD J. HOLL.

January 12, 1988.

Petition for certification denied.